UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AVILA VARELA, | No. 1:25-cv-1556 DC CSK |
| Petitioner, | |
| v. | ORDER |
| WARDEN, GOLDEN STATE ANNEX, et al., | |
| Respondents. | |

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 24, 2025, this Court ordered respondent to file an answer or motion to dismiss within fourteen days of the date of the order. (ECF No. 4.) Respondent's answer or motion to dismiss was due December 8, 2025.

Pending before the Court is respondent's motion for a three day extension of time to file a response to the petition, filed December 8, 2025. (ECF No. 9.) Respondent requests until December 11, 2025 to respond to the petition on the grounds that petitioner is scheduled to be heard by an immigration judge for cancellation of removal on December 8, 2025. (Id.) Respondent states that the proposed continuance will allow the government to update the Court on the latest developments after the immigration court has considered (or decided on the merits) of petitioner's arguments. (Id.) Respondent's extension request should have been filed before the

1

deadline for its answer or motion to dismiss. Respondent is warned that in the future, late extension requests will be looked upon with disfavor and may be denied.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 9) is granted; and
2. Respondent is granted until December 11, 2025 to file an answer or motion to dismiss.

Dated: December 9, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Vare1556.eot/2