UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AVILA VARELA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX, et al.,<br><br>Respondent. | No. 1:25-cv-1556 DC CSK<br><br><br><br>ORDER |

Petitioner is an immigration detainee, proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 24, 2025, this Court ordered respondent to file an answer or motion to dismiss within fourteen days of the date of the order. (ECF No 4.) On December 8, 2025, respondent filed a motion for a three day extension of time to file a response to the petition on the grounds that petitioner was scheduled to be heard by an immigration judge for cancellation of removal on December 8, 2025. (ECF No. 9.) On December 9, 2025, this Court granted respondent until December 11, 2025 to file an answer or motion to dismiss. (ECF No. 10.)

On December 11, 2025, respondent filed an opposition to the petition and a declaration by Supervisory Detention and Deportation Officer Brandon Boyd. (ECF Nos. 11. 11-1.) In his declaration, Officer Boyd states that another hearing, apparently concerning petitioner's request

1

1 for cancellation of removal, was scheduled for December 12, 2025 for petitioner to decide
2 whether to present additional testimony. (ECF No. 11-1 at 3.) Respondent is ordered to file a
3 status report on or before the close of business Wednesday December 17, 2025 informing this
4 Court of the status of petitioner's request for cancellation of removal. If petitioner's request for
5 cancellation of removal was denied, respondent shall inform this Court of the status of
6 petitioner's removal.

      Accordingly, IT IS HEREBY ORDERED that respondent shall file the status report discussed above on or before the close of business Wednesday December 17, 2025.

Dated: December 15, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Vare1556.ord/2