UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR AVILA VARELA,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>　　　　　　　　Respondents. | No. 1:25-cv-01556-DC-CSK (HC)<br><br>NEW CASE NUMBER:<br><br>**1:25-cv-01556-CSK**<br><br>**ORDER REASSIGNING CASE** |

　　　　Each party in the above-captioned case filed a "Consent to Proceed Before a United States Magistrate." *See* 28 U.S.C. § 636(c); (Doc. Nos. 7, 14). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

　　　　The undersigned reviewed the file herein and recommends the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

　　　　Accordingly, it is ordered that this matter be reassigned from the docket of United States District Judge Dena M. Coggins to the docket of United States Magistrate Judge Chi Soo Kim, for all purposes including trial and entry of judgment. All currently scheduled dates, if any, presently set before Judge Coggins are hereby vacated.

The parties shall take note that all future documents filed with the Clerk of the Court shall bear case number: **1:25-cv-01556-CSK.**

IT IS SO ORDERED.

Dated:   **December 23, 2025**   _____
Dena Coggins
United States District Judge

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

IT IS SO ORDERED.

Dated: **December 23, 2025**   _____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE