UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR AVILA VARELA,

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX, et al.,

Respondents.

No.  1:25-cv-1556 DC CSK P

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner alleges that his prolonged detention violates his right to due process.

On December 17, 2025, respondents filed a status report indicating that an immigration judge granted petitioner's cancellation of removal application on December 12, 2025, and that the government reserved its right to appeal with a deadline of January 12, 2026.  (ECF No. 13.)  On December 31, 2025, this Court ordered respondents to file a status report on January 13, 2026 addressing the status of their appeal and petitioner's detention status.  (ECF No. 16.)

In the status report filed January 13, 2026, respondents state that the Department of Homeland Security ("DHS") did not appeal the immigration judge's cancellation of petitioner's removal.  (ECF No. 18.)  Respondents state that DHS informed respondents' counsel that

1

petitioner is in the process of being released.  (Id.)  Specifically, petitioner is in the process of being transported from the DHS facility at Golden State Annex in McFarland, California to Fresno, California.  (Id.)  Respondents anticipate that petitioner will be out of custody by midnight on January 13, 2026.  (Id.)

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated:  January 14, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Vare1556.osc/2

2